IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

PHILLIP WILLIAMS,                                                                                           PLAINTIFF
ADC #115975

v.                                              No. 2:11CV00113 JLH-JJV

RAY HOBBS; *et al.*                                                                                      DEFENDANTS

## ORDER

Pending before the Court is a Joint Motion to Dismiss filed by the parties. Plaintiff expressed his desire to defense counsel to dismiss this case on May 4, 2012, the date of his deposition. Attached to the motion is a copy of the transcript from that date, and plaintiff has offered no further response since the parties filed the motion. Accordingly, for good cause shown,

IT IS, THEREFORE, ORDERED that the Joint Motion to Dismiss is GRANTED, and this case is DISMISSED without prejudice. Document #39.

An appropriate Judgment shall accompany this Order.

IT IS SO ORDERED this 7th day of June, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE