IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

PHILLIP WILLIAMS,                                                                                            PLAINTIFF
ADC #115975

v.                                            No. 2:11CV00113 JLH-JJV

RAY HOBBS; *et al*.                                                                                        DEFENDANTS

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case is DISMISSED without prejudice.

IT IS SO ADJUDGED this 7th day of June, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE